UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPSS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 0066 |
| | ) | |
| v. | ) | DECLARATORY JUDGMENT |
| | ) | COMPLAINT |
| NORMAN H. NIE and | ) | |
| C. HADLAI HULL, | ) | Judge John W. Darrah |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S LOCAL RULE 3.2 STATEMENT

Plaintiff SPSS Inc. ("SPSS") has no parent company. The companies that own more than 5% of SPSS include: T. Rowe Price Associates, Inc. ("Price Associates"), Daruma Asset Management, Inc., Brown Capital Management, Inc. and Barclays Global Investors, NA. Price Associates serves as investment adviser with power to direct investments and/or sole power to vote the securities. For purposes of the reporting requirements of the Securities Exchange Act of 1934, Price Associates is deemed to be a beneficial owner of such securities; however, Price Associates expressly disclaims that it is, in fact, the beneficial owner of such securities.

- 2 -

SPSS INC.

By: s/ Robert J. Kriss
     One of Its Attorneys

Dated: January 3, 2008

Robert J. Kriss
Edward H. Williams
Daniel K. Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711