UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 0066**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( X ) Summons & Complaint
      (   ) Citation to Discover Assets
      (   ) Rule to Show Cause
      (   ) Subpoena
      (   ) Other:

1. ( X ) By leaving a copy with the named party, **C. Hadlai Hull** personally on **January 6, 2008**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **Caucasian**     APPROXIMATE AGE: **68**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **910 S. Michigan Ave. Apt.#1703, Chicago, IL 60605**
TIME OF DAY: **12:13 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 8th day of **January 2008**.

_____
Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SPSS INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08 C 0066**

V.

ASSIGNED JUDGE:

NORMAN H. NIE and C. HADLAI HULL

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)
C. Hadlai Hull
Apt. 1703
910 S. Michigan Avenue
Chicago, Illinois 60605-2299

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Robert J. Kriss
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



January 4, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                             *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.