AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ORIGINAL

SPSS INC.

**SUMMONS IN A CIVIL CASE**

V.

NORMAN H. NIE and C. HADLAI HULL

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 0066**

**JUDGE DARRAH
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)
Norman H. Nie
201 Sage Willow Road
Sun Valley, Idaho 83353

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Kriss
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



January 4, 2008
_____
Date

CHDB02 5193010.1 03-Jan-08 14:30

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No.: 08 C 0066

Case Name: SPSS, Inc. vs. Norman H. Nie and C. Hadlai Hull

Lisa Guinn, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case; Complaint For Declaratory Judgment** to **Norman H. Nie** at **201 Sage Willow Road, Sun Valley, ID 83353** resulting in:

____ Personal service on the defendant/respondent/witness on the ____ day of _____, 2007 at _____ __.M.

_X_ Substitute service by leaving the documents with a resident over the age of 13 on the _7_ day of _January_, 2008 at _4:18_ P.M.
Name: _Unknown_　　Relationship: _Caretaker_

____ After substitute service I mailed a copy of the listed documents to the defendant on the ____ day of _____, 2007

____ Non-Service for the following reason with the date and time of each attempt listed:

_____
_____
_____
_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: _Male_　　Hair Color/Style: _Light Brown_
Race: _White_　　Height (approx.): _5'10"_
Age (approx.): _50_　　Weight (approx.): _170_
Noticeable Features/Notes: _____

Signed and Sworn to before me This _8th_ day of _January_, 2008.

Served By:

_Lisa Guinn_ (signature)

_Nicole_ (signature)
Notary Public

_N. Nie S._
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No.: __08 C 0066__

Case Name: __SPSS, Inc. vs. Norman H. Nie and C. Hadlai Hull__

_____Daniel Dziedzic_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case; Complaint for Declaratory Judgment** to **Norman H. Nie** at **201 Sage Willow Road, Sun Valley, ID 83353** resulting in:

_____ Personal service on the defendant/witness/respondent.

_____ Substitute service by leaving the documents with a resident over the age of 13 on the _____ day of _____, 2008 at _____ __.M.
Name: _____   Relationship: _____

__XXX__ After substitute service he mailed a copy of the listed documents, via regular mail to the defendant on the __11th__ day of __January__, 2008

_____ Non-Service for the following reasons with the date and time of each attempt listed:

_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: _____                Hair Color/Style: _____
Race: _____               Height: _____
Age: _____                Weight: _____

Signed and Sworn to before me

This __11th__ day of __January__, 2008.

_____
Notary Public

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/19/11

Served By:
_____
Paul Dz.
Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.