# EXHIBIT B

Int. Cl.: 9

Prior U.S. Cl.: 21

## United States Patent Office

Reg. No. 1,089,094
Registered Apr. 11, 1978

## TRADEMARK
Principal Register

### SPSS

Norman H. Nie and C. Hadlai Hull (joint applicants)
6030 S. Ellis Ave.
Chicago, Ill. 60637

For: PRE-RECORDED COMPUTER PROGRAMS IN THE FORM OF MACHINE-READABLE MAGNETIC TAPES AND RELATED DOCUMENTATION, in CLASS 9 (U.S. CL. 21).
First use at least as early as June 1968; in commerce at least as early as July 1968.

Ser. No. 102,463, filed Oct. 7, 1976.

J. D. SAMS, Examiner