# EXHIBIT C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,864,243

**United States Patent and Trademark Office**   Registered July 20, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### SPSS

HULL, C. HADLAI (UNITED STATES INDIVIDUAL)
233 S. WACKER DRIVE 11TH FLOOR
CHICAGO, IL 60611 AND
NIE, NORMAN H. (UNITED STATES INDIVIDUAL)
233 S. WACKER DRIVE 11TH FLOOR
CHICAGO, IL 60611

FOR: COMPUTER SOFTWARE RECORDED ON CD-ROM USED FOR STATISTICAL AND DATA ANALYSIS AND SCIENTIFIC GRAPHING OF STATISTICS AND INSTRUCTIONAL MANUALS SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-1968; IN COMMERCE 6-0-1968.

SER. NO. 76-472,826, FILED 12-6-2002.

HEATHER THOMPSON, EXAMINING ATTORNEY