# EXHIBIT D

## **TRADEMARK ASSIGNMENT**

THIS TRADEMARK ASSIGNMENT is dated as of this _____ day of May, 2007.

WHEREAS, Norman H. Nie and C. Hadlai Hull, of 233 S. Wacker Drive, Chicago, Illinois 60606 (hereinafter collectively "Assignors") are the owners of the trademark SPSS, registered in, among other places, the United States Patent & Trademark Office and bearing Registration No. 2,864,243 (hereinafter "Mark I"), the validity of which Mark I and its registration have been maintained by or through Assignors and which Mark I is presently valid and subsisting, and of the trademark STATISTICAL PACKAGE FOR THE SOCIAL SCIENCES , which mark is currently not registered in the U.S. Patent & Trademark Office (hereinafter "Mark II") (Mark I and Mark II are sometimes collectively referred to herein as the "Marks");

WHEREAS, Assignors have licensed the Marks exclusively to SPSS Inc., a Delaware corporation, of 233 S. Wacker Drive, Chicago, Illinois 60606 (hereinafter "Assignee") pursuant to that certain License Agreement dates as of February 1, 1975;

WHEREAS, Assignee has been using the Marks in a manner and to the extent authorized and approved by Assignor as a licensee of Assignor continually since the date of the License Agreement;

WHEREAS, Assignee now wishes to acquire full ownership of the Marks and the Registration of Mark I, together with the good will symbolized and generated through use of the Marks, and

WHEREAS, Assignors desire to sell the Marks, the Registration of Mark I and the good will generated through use of the Marks, to Assignees for the consideration recited herein,

NOW, THEREFORE, for the sum of $10.00 in hand paid, and for other good and valuable consideration, the receipt and sufficiency of which are hereby mutually acknowledged,

Assignor hereby sells, assigns and transfers to Assignee all right, title and interest in and to the Marks, together with the good will of the business symbolized and generated by the Marks, and the Registration of Mark I. This Assignment is binding upon Assignors, their agents, successors, assigns, estates and all other persons or entities that may in any manner assert any claim of interest of any kind in or to the Marks or either of them through Assignors.

_____

Norman H. Nie

_____

C. Hadlai Hull