Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 3/4/2008 |
| **CASE TITLE** | SPSS vs. Nie | | |

**DOCKET ENTRY TEXT**

Enter Agreed Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: MF