IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPSS Inc., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | No. 08 C 66 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| Norman H. Nie and C. Hadlai Hull, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants/Counterplaintiffs. | ) | |

**AGREED SCHEDULING ORDER**

Pursuant to the agreement of the parties and the rulings of the Court at the March 4, 2008 status hearing, the following case schedule is hereby entered:

| | |
|---|---|
| June 2, 2008 | Last day to amend pleadings. |
| September 1, 2008 | Fact discovery closes. |
| October 1, 2008 | Designation of experts and tendering of expert reports for expert testimony on any issue for which the party bears the burden of proof. |
| November 3, 2008 | Designation of experts and tendering of expert reports for any rebuttal experts. |
| November 10, 2008 | Pursuant to the Court's standing order, summary judgment motions shall be filed, noticed, and presented at a motion call 21 days before expert discovery closes. |
| December 1, 2008 | Expert discovery closes. |
| April 22, 2009 | Pursuant to the Court's standing order, pre-trial orders pursuant to Local Rule 16.1 are to be filed with the Court. |

May 6, 2009 at 1:30 p.m.   Pre-trial conference.

May 11, 2009 at 9:00 a.m.   Trial.

Nothing in the foregoing order shall bar a party from filing, in good faith, any motions for partial summary judgment prior to November 10, 2008.

SUBMITTED BY:

| SPSS Inc. | Norman H. Nie and C. Hadlai Hull |
|---|---|
| By: /s/ Edward H. Williams<br>One of its attorneys | By: /s/ William B. Berndt<br>One of their attorneys |
| Robert J. Kriss<br>Edward H. Williams<br>Thomas V. Panoff<br>Daniel K. Storino<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 782-0600 | Peter V. Baugher<br>William B. Berndt<br>Jennifer A. Waters<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, Illinois 60606<br>(312) 701-9300<br><br>Luther Orton<br>Snyder Miller & Orton LLP<br>111 Sutter Street, Suite 1950<br>San Francisco, California 94104<br>(415) 962-4400 |

ENTERED BY:

Hon. John W. Darrah

3/4/08