IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPSS Inc., | ) | |
| | ) | |
|     Plaintiff/Counterdefendant, | ) | Case No. 08 C 66 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| Norman H. Nie and C. Hadlai Hull, | ) | Magistrate Judge Arlander Keys |
| | ) | |
|     Defendants/Counterplaintiffs. | ) | |

## NOTICE OF FILING

TO:  Counsel Listed on Certificate of Service

PLEASE TAKE NOTICE that on April 3, 2008, Plaintiff/Counterdefendant SPSS Inc., by and through its attorneys, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the parties' **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**, a copy of which is attached hereto and hereby served upon you.

Dated:  April 3, 2008

Respectfully submitted,

SPSS INC.

By:  /s/ Thomas V. Panoff
    One of its attorneys

Robert J. Kriss
Edward H. Williams
Thomas V. Panoff
Daniel K Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

## CERTIFICATE OF SERVICE

I, Thomas V. Panoff, an attorney, hereby certify that on April 3, 2008, I caused a true and correct copy of parties' **NOTICE OF FILING** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who have registered for receipt of documents filed in this matter:

Peter V. Baugher
William B. Berndt
Jennifer A. Waters
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

Luther Orton
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104

/s/ Thomas V. Panoff
Thomas V. Panoff