**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SPSS Inc., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | Case No. 08 C 66 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| Norman H. Nie and C. Hadlai Hull, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants/Counterplaintiffs. | ) | |

**RE-NOTICE OF MOTION**

TO:  Counsel Listed on Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, in Courtroom 1203 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**, which has been provided to you through the CM/ECF system (Document 23).  This notice amends the prior notice sent on April 4, 2008, which noticed the motion for April 10, 2008.

Dated:  April 9, 2008                              Respectfully submitted,

                                                   SPSS INC.


                                                   By:   /s/ Thomas V. Panoff
                                                       One of its attorneys

                                                       Robert J. Kriss
                                                       Edward H. Williams
                                                       Thomas V. Panoff
                                                       Daniel K Storino
                                                       MAYER BROWN LLP
                                                       71 South Wacker Drive
                                                       Chicago, Illinois 60606
                                                       (312) 782-0600

## CERTIFICATE OF SERVICE

      I, Thomas V. Panoff, an attorney, hereby certify that on April 9, 2008, I caused a true and correct copy of parties' **RE-NOTICE OF MOTION** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who have registered for receipt of documents filed in this matter:

Peter V. Baugher
William B. Berndt
Jennifer A. Waters
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

Luther Orton
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104

      /s/ Thomas V. Panoff
      Thomas V. Panoff