Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 66 | DATE | 4/15/2008 |
| CASE TITLE | SPSS vs. Nie | | |

**DOCKET ENTRY TEXT**

Parties joint motion for a protective order is granted [23]. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|