# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SPSS Inc., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | No. 08 C 66 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| Norman H. Nie, | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Defendant/Counterplaintiff, | ) | |
| | ) | |
| and C. Hadlai Hull, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Robert J. Kriss
　　　Edward H. Williams
　　　Thomas V. Panoff
　　　Daniel K. Storino
　　　Mayer Brown LLP
　　　71 South Wacker Drive
　　　Chicago, Illinois  60606

　　　PLEASE TAKE NOTICE that on May 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, in Room 1203 located in the, United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Motion for Leave to File Amended Counterclaim** a copy of which is attached and hereby served upon you.

Dated: May 21, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/Jennifer Waters
　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　　Defendant/Counterplaintiff Norman H. Nie
　　　　　　　　　　　　　　　　　　　　　and Defendant C. Hadlai Hull

181670_1.DOC

Peter V. Baugher
William B. Berndt
Jennifer A. Waters
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, Illinois  60606
312.701.9300

Luther Orton (admitted *pro hac vice*)
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104
(415) 962-4400