IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPSS Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 C 66 |
| Norman H. Nie and C. Hadlai Hull, ) | |
| ) | Judge John W. Darrah |
| Defendants. ) | |
| ) | Magistrate Judge Arlander Keys |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |
| ) | |
| Norman H. Nie, ) | |
| ) | |
| Counterplaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SPSS, Inc., ) | |
| ) | |
| Counterdefendant. ) | |

## NOTICE OF MOTION

TO: Counsel Listed on Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, June 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, in Courtroom 1203 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF/COUNTERDEFENDANT SPSS INC.'S MOTION FOR A PROTECTIVE ORDER** which has been provided to you through the CM/ECF system.

Dated: June 5, 2008                        Respectfully submitted,

                                                  SPSS INC.

                                                  By: /s/ Edward H. Williams
                                                       One of its attorneys

                                                      Robert J. Kriss
                                                      Edward H. Williams

Thomas V. Panoff  
Daniel K Storino  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, Illinois 60606  
(312) 782-0600

## CERTIFICATE OF SERVICE

I, Edward H. Williams, an attorney, hereby certify that on June 5, 2008, I caused a true and correct copy of this **NOTICE OF MOTION** of **PLAINTIFF/COUNTERDEFENDANT SPSS INC.'S MOTION FOR A PROTECTIVE ORDER** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who have registered for receipt of documents filed in this matter:

Peter V. Baugher
William B. Berndt
Jennifer A. Waters
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

Luther Orton
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104

    /s/ Edward H. Williams
    Edward H. Williams