## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

SPSS, Inc.

                       Plaintiff,

v.                                         Case No.: 1:08−cv−00066
                                           Honorable John W. Darrah

Norman H. Nie, et al.

                       Defendant.


### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery motions and discovery disputes, specifically but not limited to, parties' motion for a protective order [36].Mailed notice. (maf)


Dated: June 11, 2008

                                                               /s/ John W. Darrah

                                                              United States District Judge