IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPSS Inc., | ) |
|       Plaintiff/Counterdefendant, | ) ) ) Case No. 08 C 66 |
| v. | ) ) Judge John W. Darrah |
| Norman H. Nie and C. Hadlai Hull, | ) ) Magistrate Judge Arlander Keys |
|       Defendants/Counterplaintiffs. | ) |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on Friday, July 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Arlander Keys, or any judge who may be sitting in his stead, in Room 2230 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant's Motion to Compel Discovery and Response to Motion for Protective Order**, a copy of which is hereby served upon you.

Respectfully submitted,

/s/William B. Berndt
One of the Attorneys for Norman H. Nie and
C. Hadlai Hull

Peter V. Baugher (baugher@sw.com)
William B. Berndt (berndt@sw.com)
Jennifer A. Waters (waters@sw.com)
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

Luther Orton (admitted *pro hac vice*)
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104
(415) 962-4400

183010_1.DOC

## CERTIFICATE OF SERVICE

      I, William B. Berndt, an attorney, hereby state that I caused a copy of the attached **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 7th day of July, 2008, which will automatically send email notifications of such filing to registered parties.

      Robert J. Kriss
Edward H. Williams
Thomas V. Panoff
Daniel K. Storino
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

      /s/William B. Berndt