## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

SPSS, Inc.

                    Plaintiff,

v.                                          Case No.: 1:08–cv–00066
                                                      Honorable John W. Darrah

Norman H. Nie, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Arlander Keys:Pursuant to the telephonic request of the Parties, the motion for protective order [36] and motion to compel [42] is entered and continued to 7/25/2008 at 09:00 AM. The Parties will submit an agreed briefing schedule to this court regarding the above motions.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.