**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

SPSS, Inc.
                                Plaintiff,

v.                                                         Case No.: 1:08−cv−00066
                                                             Honorable John W. Darrah

Norman H. Nie, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Arlander Keys: Pursuant to the Parties' agreed briefing schedule, Plaintiff will file its reply in support of its motion and its opposition to Defendant Nie's motion by no later than 7/18/08. Defendant Nie will file his reply in support of his motion on 7/22/08. Hearing on said motions set for 7/25/08 at 9:00 a.m.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.