**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

SPSS, Inc.
                      Plaintiff,

v.                                      Case No.: 1:08−cv−00066
                                      Honorable John W. Darrah

Norman H. Nie, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Arlander Keys:Motion hearing held on Plaintiff SPSS motion for protective order (#36) and Defendant Nies Motion to compel(# 42). The Motion for protective is denied consistent with the ruling held during oral argument (#36). Defendant Nies Motion to compel is granted in part consistent with the ruling held during oral argument (#42). Status hearing set for 9/10/08 at 9:00 a.m.Docketing to mail notices.00:20 Courtroom DeputyInitials:AC Docketing to mail notices.00:20 (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.