IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPSS Inc., ) <br> ) <br>     Plaintiff/Counterdefendant, ) <br> ) <br>     v. ) <br> ) <br> Norman H. Nie and C. Hadlai Hull, ) <br> ) <br>     Defendants/Counterplaintiffs. ) | Case No.  08 C 66 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

      PLEASE TAKE NOTICE THAT on Wednesday, September 10, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Darrah, or any judge who may be sitting in his stead, in Room 1203 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant's Second Motion To Compel Discovery And Motion For Rule To Show Cause**, a copy of which is hereby served upon you.

                                                    Respectfully submitted,

                                                    /s/William B. Berndt
                                                    One of the Attorneys for Norman H. Nie and
                                                    C. Hadlai Hull

Peter V. Baugher (baugher@sw.com)
William B. Berndt (berndt@sw.com)
Jennifer A. Waters (waters@sw.com)
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

Luther Orton (admitted *pro hac vice*)
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104

183010_1.DOC

(415) 962-4400

Case 1:08-cv-00066 Document 51 Filed 09/04/2008 Page 2 of 3

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, hereby state that I caused a copy of the attached **Notice of Motion** which was filed electronically with the Clerk of the Court using the CM/ECF system on this 4th day of September, 2008, which will automatically send email notifications of such filing to registered parties.

> Robert J. Kriss
> Edward H. Williams
> Thomas V. Panoff
> Daniel K. Storino
> Mayer Brown LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606

/s/William B. Berndt