

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SPSS Inc., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | No. 08 C 66 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| Norman H. Nie and C. Hadlai Hull, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants/Counterplaintiffs. | ) | |

## AGREED ORDER

Pursuant to the agreement of the parties and the recent order of the Court, the following amended case schedule is hereby entered:

| | |
|---|---|
| October 31, 2008 | Designation of experts and tendering of expert reports for expert testimony on any issue for which the party bears the burden of proof. |
| November 10, 2008 | Dispositive motions shall be filed. |
| December 2, 2008 | Designation of experts and tendering of expert reports for any rebuttal experts. |
| December 23, 2008 | Expert discovery closes. |
| April 22, 2009 | Pursuant to the Court's standing order, pre-trial orders pursuant to Local Rule 16.1 are to be filed with the Court. |
| May 6, 2009 at 1:30 p.m. | Pre-trial conference. |
| May 11, 2009 at 9:00 a.m. | Trial. |

SUBMITTED BY:

SPSS Inc.

By:/s/ Edward H. Williams
    One of its attorneys

    Robert J. Kriss
    Edward H. Williams
    Thomas V. Panoff
    Mayer Brown LLP
    71 South Wacker Drive
    Chicago, Illinois 60606
    (312) 782-0600

Norman H. Nie and C. Hadlai Hull

By: /s/ William B. Berndt
    One of their attorneys

    Peter V. Baugher
    William B. Berndt
    Jennifer A. Waters
    Schopf & Weiss LLP
    One South Wacker Drive
    28th Floor
    Chicago, Illinois 60606
    (312) 701-9300

    Luther Orton
    Snyder Miller & Orton LLP
    111 Sutter Street, Suite 1950
    San Francisco, California 94104
    (415) 962-4400

ENTERED BY:

Hon. John W. Darrah    10/7/08