## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

SPSS, Inc.

        Plaintiff,

v.                Case No.: 1:08−cv−00066
                Honorable John W. Darrah

Norman H. Nie, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2008:

  MINUTE entry before the Honorable John W. Darrah:Plaintiff/counter−defendants' unopposed motion for leave to file a memorandum of law in excess of 15 pages in support of its motions for summary judgment [69] is granted and is reciprocal. Briefs are not to exceed 25 pages in length. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.