# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 1/14/09 |
| **CASE TITLE** | SPSS, Inc. v. Nie, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to strike [97, 117] and Defendants' motion to strike [114, 115] are denied. The Court will consider the substance of the motions to strike in ruling on the motions for summary judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|