UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

SPSS, Inc.

                Plaintiff,

v.                                     Case No.: 1:08−cv−00066
                                                  Honorable John W. Darrah

Norman H. Nie, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 16, 2009:

      MINUTE entry before the Honorable Arlander Keys:Motion hearing held on Defendants motion to compel (#103, #105). The motion is denied for the reasons stated on the record. Defendants motion for fees is denied as stated in open court. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.