# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 1/27/09 |
| **CASE TITLE** | SPSS, Inc. v. Nie, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to file an amended reply [128, 129] is granted. Status hearing set for 2/18/09 reset to 2/25/09 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|