# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 3/6/09 |
| **CASE TITLE** | SPSS, Inc. v. Nie, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to supplement [132, 133] is granted. Status hearing set for 3/11/09 is reset to 3/26/09 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|