Order Form (01-2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 4/2/2009 |
| **CASE TITLE** | | SPSS vs. Nie | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, SPSS's motions for summary judgment on its complaint and on Nie's counterclaim are denied. Defendants' motion for summary judgment on SPSS's complaint and Nie's motion for summary judgment on his counterclaim are also denied. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|