**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

SPSS, Inc.
                               Plaintiff,

v.                                            Case No.: 1:08−cv−00066
                                                  Honorable John W. Darrah

Norman H. Nie, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 17, 2009:

      MINUTE entry before the Honorable Arlander Keys: Settlement conference held. The parties are extremely far apart in their views of the merits and the settlement value of this case. This case will not settle. Therefore, All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.Judge Honorable Arlander Keys no longer referred to the case.(ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.