# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 4/29/2009 |
| **CASE TITLE** | SPSS vs. Nie | | |

**DOCKET ENTRY TEXT**

Pretrial conference set for 5/6/09 is re-set to 10/1/09 at 1:30 p.m. Jury trial set for 5/11/09 is re-set to 10/5/09 at 9:00 a.m. SPSS's motion to strike the jury demand [160] is entered and briefed as follows: response by 5/14/09, reply by 5/28/09. Status hearing set for 7/2/09 at 9:00 a.m. Motions in limine and simultaneous responses to be filed by 9/17/09.

00:20

| | Courtroom Deputy Initials: | MF |
|---|---|---|