Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 8/19/2009 |
| **CASE TITLE** | SPSS Inc vs. Norman H. Nie, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiff's motion to strike defendants' jury demand is granted [160]. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|