# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 66 | **DATE** | 9/17/2009 |
| **CASE TITLE** | SPSS vs. Nie | | |

**DOCKET ENTRY TEXT**

Defendant Hull is dismissed from this lawsuit with prejudice and without costs.

|  | Courtroom Deputy Initials: | MF |
|---|---|---|