## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

SPSS, Inc.

                Plaintiff,

v.

                                         Case No.: 1:08–cv–00066

Norman H. Nie, et al.                           Honorable John W. Darrah

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2009:

      MINUTE entry before the Honorable John W. Darrah: Parties having filed a stipulation of dismissal, this case is hereby closed. Civil case terminated. Pretrial conference set for 10/1/09 and jury trial set for 10/5/09 is vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.